**PEPPERIDGE FARM, INC. et, Plaintiffs-Appellant, v. FOUST, Defendant-Appellee.**

Ohio Appeals, Second District, Franklin County.

No. 5025. Decided September 19, 1956.

Adams, Tyler & McCann, Robert C. Tyler, of Counsel, Columbus, for plaintiffs-appellants.

C. William O'Neill, Atty. Genl., Kiehner Johnson, Asst. Atty. Genl., Columbus, for defendant-appellee.

## OPINION

By THE COURT.

The appeal in this case is on questions of law and fact. The appellant, Pepperidge Farm, Inc., now seeks an order permitting it to file a supplemental petition and tenders the same.

Since the trial in this Court is de novo we have the power to exercise control over the pleadings. McCormick v. McCormick, 124 Oh St 440.

The motion will be sustained and the supplemental petition is ordered filed.

MILLER, PJ, HORNBECK and WISEMAN, JJ, concur.